**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
  BILLY WILLIAM SANINOCENCIO,

                          Plaintiff,          25 **CIVIL** 1602 (VSB)(GS)

     -v-                                             <u>**JUDGMENT**</u>

COMMISSIONER OF SOCIAL SECURITY,

                          Defendant.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated November 19, 2025, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. On remand, the Administrative Law Judge will be instructed to offer the Plaintiff the opportunity for a hearing, and issue a new decision.

**Dated:**  New York, New York

      November 24, 2025

                                                 **TAMMI M. HELLWIG**
                                                 **Clerk of Court**

                     **BY:**      K. Mango

                                                 **Deputy Clerk**