UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                              :

BILLY WILLIAM SANINOCENCIO,       :

                                :

                   Plaintiff,    :

                                :               25-CV-1602 (VSB)

          -against-       :

                                :               **ORDER**

COMMISSIONER OF SOCIAL SECURITY,  :

                                :

                 Defendant.   :

                                  :
-------------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      On February 26, 2025, I referred this case to Magistrate Judge Gary Stein, the assigned

Magistrate Judge in this matter.  To conserve resources, to promote judicial efficiency, and in an

effort to achieve a faster disposition of this matter, it is hereby ORDERED that the parties must

discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further

proceedings before the assigned Magistrate Judge.  If both parties consent to proceed before the

Magistrate Judge, by March 4, 2026, the parties shall either mail or email to

BroderickNYSDChambers@nysd.uscourts.gov a fully executed Notice, Consent, and Reference

of a Civil Action to a Magistrate Judge form, a copy of which is available at

https://www.nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge.  If the Court

approves that form, all further proceedings will then be conducted before the assigned Magistrate

Judge rather than before the undersigned.

      If either party does not consent to conducting all further proceedings before the assigned

Magistrate Judge, the parties must file a joint letter, within two weeks of this Order, advising the

Court that the parties do not consent, but without disclosing the identity of the party or parties who

do not consent.  The parties are free to withhold consent without negative consequences.  Moreover,

the parties are also free to later resume discussions and consent to the jurisdiction of the assigned

Magistrate Judge if they desire.

SO ORDERED.

Dated:        February 18, 2026
              New York, New York

Vernon S. Broderick
United States District Judge

2